No. 1325, Misc.  Owings *v.* United States Court of Military Appeals et al.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall* for respondents.

No. 1341, Misc.  Manna *v.* United States.  C. A. 2d Cir.  Certiorari denied.  *Theodore Rosenberg* and *Frank A. Lopez* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.  ▪

No. 1347, Misc.  Motte et al. *v.* Ryan, Chief Judge, U. S. District Court.  C. A. 2d Cir.  Certiorari denied.  *Frederic A. Johnson* and *Rudolph Lion Zalowitz* for petitioners.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for respondent.

No. 1353, Misc.  Bennett et al. *v.* United States.  C. A. 7th Cir.  Certiorari denied.  *John J. Cleary* for petitioners.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 1380, Misc.  Rigney *v.* Hendrick, Prison Superintendent, et al.  C. A. 3d Cir.  Certiorari denied.  *Herman I. Pollock* for petitioner.  *John M. McNally* for respondents.

No. 1394, Misc.  Garrett et al. *v.* United States.  C. A. 5th Cir.  Certiorari denied.  *David W. Palmer* for petitioners.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.